Argued May 3, decided May 25; rehearing denied July 20, 1909.

HART *v.* MALHEUR COUNTY COURT.

[101 Pac. 600.]

From Malheur: GEORGE E. DAVIS, Judge.

Petition by J. H. Hart for writ of review against B. C. Richardson and others, commissioners of Malheur

County, constituting the county court. From an order of the circuit court dismissing the writ, petitioner appeals.

AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. George W. Hayes.*

For respondent there was a brief over the name of *Mr. John W. McCulloch,* District Attorney, with an oral argument by *Mr. Andrew M. Crawford,* Attorney General.

MR. JUSTICE MCBRIDE delivered the opinion of the court.

This case was submitted at the same time with the case of *Garrison* v. *Malheur County Court* (heretofore decided by this court), *supra;* the pleadings and facts being the same in both cases. Following that case and the case of *Raper* v. *Dunn,* 53 Or. 203 (99 Pac. 889), the judgment of the court below will be affirmed.

AFFIRMED: REHEARING DENIED.